TROY LAW, PLLC
*Attorneys for the Plaintiffs, and proposed FLSA Collective*

John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel:     718) 762-1324
Fax:    (718) 762-1342

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――X

KUM KHWAI LUO LEONG                           **Case No:** 15-cv-5080
a/k/a Michelle Leong
 *on behalf of herself and others similarly situated*       **CONSENT TO SUE**
                                     Plaintiff,
                    v.
UTOPIA HOME CARE, INC.
d/b/a Utopia Home Care,
UTOPIA COMPANION SERVICES, INC.
d/b/a Utopia Home Care
MANUEL F. MARTINEZ,
ANGELINA MARTINEZ,
DAVID MARTINEZ and
DIANE MARTINEZ
                                     Defendants.
―――――――――――――――――――――――X

      By my signature below, I hereby authorize the filing and prosecution of the above-styled Fair Labor Standards Act action under Section 216 (b) of the FLSA and agree to act as a representative of others similarly situated and to make decisions on my behalf and on behalf of others similarly situated concerning the litigation, the method and manner of conduction this litigation, and all other matters pertaining to this lawsuit.

_____           _____
Print Name                                                          Sign Name

_____           _____
Address                                                                Telephone

_____           _____
Address                                                                Date

TO:

TROY LAW, PLLC
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
718) 762-1324
