AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| KUM KHWAI LUO LEONG<br>a/k/a Michelle Leong<br>on behalf of herself and others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>UTOPIA HOME CARE, INC. d/b/a Utopia Home Care<br>et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  15-cv-5080  (LDW)(ARL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UTOPIA HOME CARE, INC.: 60 E Main Street, Kings Park, NY 11754
UTOPIA COMPANION SERVICES, INC.: 60 E Main Street, Kings Park, NY 11754
   both dba Utopia Home Care
MANUEL F. MARTINEZ: 60 E Main Street, Kings Park, NY 11754
ANGELINA MARTINEZ : 60 E Main Street, Kings Park, NY 11754
DAVID MARTINEZ: 60 E Main Street, Kings Park, NY 11754 and
DIANE MARTINEZ: : 60 E Main Street, Kings Park, NY 11754

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
          Troy Law, PLLC
          41-25 Kissena Blvd, Suite 119
          Flushing, NY 11355

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER

*CLERK OF COURT*

Date:      09/02/2015

S/ Linda Anne Fagan

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   15-cv-5080  (LDW)(ARL)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____              _____
                                              *Server's signature*

                                   _____
                                              *Printed name and title*

                                   _____
                                              *Server's address*

Additional information regarding attempted service, etc:


Print        Save As...                                        Reset