

Ius Laboris USA Global HR Lawyers

100 Park Avenue | Suite 2500
New York, New York 10017
Tel 212-453-5900 | Fax 202-453-5959

Writer's Direct Dial:

ROSHNI CHAUDHARI
212-453-5949
rchaudhari@fordharrison.com

June 29, 2016

**BY ECF**

Judge Leonard D. Wexler
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Leong v. Utopia Home Care, Inc., No. 15-cv-05080 (LDW)(ARL)

Dear Judge Wexler:

    We write jointly with counsel for Plaintiff to file a proposed briefing schedule for defendants' motion to dismiss the Amended Complaint, as directed by this Court on June 7, 2016. The parties' proposed briefing schedule is:

- Motion to dismiss due on or before July 22, 2016
- Opposition to motion due on or before August 19, 2016
- Reply papers due on or before September 2, 2016.

    Please do not hesitate to call us if there are any questions.

    Respectfully,

    /s  *Roshni Chaudhari*

    ROSHNI CHAUDHARI