**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**Long Island Federal Courthouse**
**814 Federal Plaza**
**Central Islip, NY 11722-4451**
**(631) 712-5730**

**BEFORE:** **ARLENE R. LINDSAY**      **DATE: 7/25/2017**
**United States Magistrate Judge**

                                            **TIME: 2:30 p.m.**

**DOCKET NO: CV 15-5080 (LDW)**

**CASE: Leong v. Utopia Health Care**

\_\_\_  **INITIAL CONFERENCE**

\_\_\_  **STATUS CONFERENCE**              **BY TELEPHONE**\_\_\_

\_\_\_  **SETTLEMENT CONFERENCE**

\_\_  **FINAL CONFERENCE  ORDER**

 **X**  **FAIRNESS HEARING**

         **APPEARANCES:**        **FOR PLAINTIFF:**       **FOR DEFENDANT:**

                                  **John Troy**                 **Philip Davidoff**

**The following rulings were made:**

      Based upon the statements placed on the record and pursuant to the principles set forth in *Kolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012) and *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), *cert. Denied*, 136 S. Ct. 824 (2016), the agreement is approved.

                        **SO ORDERED:**
                             _____/s/_____